# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

In re: GERALD LORMAN BAZE, II

                      Debtor(s).

                                Chapter: 13
                                Case Number: 19-22348-dob
                                Judge: Daniel S. Opperman

_____/

## STIPULATION FOR PAYMENT ORDER

      The above-named Debtor(s) and Thomas W. McDonald, Jr., Chapter 13 Trustee, hereby stipulate to entry of an order granting Debtor's motion for an order directing Debtor's employer, Dayco Products, LLC, of 1799 Grover Parkway, Mt. Pleasant, MI MI 48858, to pay the sum of $265.38 biweekly to the Chapter 13 Trustee.

Dated: December 27, 2019

_/s/ J. Edmund Frost_____
J. Edmund Frost (P13746)
Attorney for Debtor
319 Center Avenue
Bay City, MI 48708
(989) 893-3111
jefrost@att.net

_/s/ Thomas W. McDonald, Jr._____
Thomas W. McDonald, Jr.
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, MI 48602
(989) 792-6766
tom@mcdonald13.com

# UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

*In re:* **GERALD LORMAN BAZE, II**

Debtor(s).

Chapter: 13
Case Number: 19-22348-dob
Judge: Daniel S. Opperman

## PAYMENT ORDER

The above-named Debtor(s) having filed a Petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c) (1)(A) (E.D.M.).

**IT IS HEREBY ORDERED** that _Dayco Products, LLC_ ("Payor"), at __1799 Grover Parkway, Mt. Pleasant, MI MI 48858__, immediately forward and make payable to:

Thomas W. McDonald, Jr.
Chapter 13 Trustee
P. O. Box 613286
Memphis, TN 38101-3286

$ _265.38_ per _Biweekly_ (pay period) of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

EXHIBIT A